United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

DEXTER BROWN,

        Plaintiff.
_____/

No. C-14-4913 EMC (pr)

**ORDER OF DISMISSAL**

      On November 5, 2014, the Court received from Dexter Brown a letter complaining about the food service at the California Health Care Facility in Stockton.  In an effort to protect his rights, this action was opened and the letter was filed.  The Court notified Mr. Brown in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application.  The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days.  Mr. Brown did not file a complaint and, instead, sent a letter stating that "it was not [his] intent to initiate any sort of civil action."  Docket # 4.  Accordingly, this action is DISMISSED without prejudice because it was opened in error.  No fee is due.  The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: November 25, 2014

                             _____
                             EDWARD M. CHEN
                             United States District Judge