1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                          No. C-14-4913 EMC (pr)

DEXTER BROWN,

            Plaintiff.                               **ORDER AMENDING ORDER OF**
_____/      **DISMISSAL AND ADDRESSING**
                                                         **OBJECTIONS TO ORDER OF**
                                                          **DISMISSAL**

This action was dismissed on November 25, 2014, after the Court received from Mr. Brown a letter in which he stated that "'it was not [his] intent to initiate any sort of civil action'" when he sent the letter earlier that month which caused this action to be opened. Docket # 6. After the dismissal, Mr. Brown twice sent in "objections" to the order of dismissal. Docket # 8 and # 10. In the objections, Mr. Brown does not indicate any desire to pursue a civil action, nor does he request that this action be reopened. Rather, he wants the order of dismissal to "be amended to reflect the true nature of plaintiff's correspondence." Docket # 10 at 1.

The order of dismissal stated: "On November 5, 2014, the Court received from Dexter Brown a letter complaining about the *food service* at the California Health Care Facility in Stockton." Docket # 6 at 1 (italics added). Mr. Brown urges that this statement "white-washed" details of his letter, such as that he accused his "custodians of attempting to murder [him] by means of adulterating [his] food with potassium." Docket # 10 at 2-3. Mr. Brown also urges that, by failing to recite in the order of dismissal *all* of Mr. Brown's allegations and requests for action, the Court was able to avoid launching an investigation into his allegations because, if the language was "entered into the court record[, it] would invariably invoke [the court's] legal obligation to act upon complaints against my custodians." Docket # 10 at 3-4.

**United States District Court**
For the Northern District of California

1    The order of dismissal will be, and now is, **AMENDED** to substitute the phrase "prison

2   conditions" for the phrase "food service" on line 13 of page 1 of the order of dismissal, i.e., Docket

3   # 6.   That amendment makes the statement broad enough to cover the nature of plaintiff's letter,

4   since he believes the order too narrowly defined the issue by referring to the letter as pertaining to

5   "food service."

6    In all other respects, Mr. Brown's objections are **OVERRULED**, and the Court will not

7   otherwise amend the order of dismissal.  A litigant has no right to demand that the Court recite all of

8   his allegations in an order.  A lengthy recitation of a litigant or letter-writer's statements would serve

9   no purpose because the Court's recitation of allegations does not turn allegations into facts.  Mr.

10  Brown's letter containing his allegation are already part of the Court record.  Further, Mr. Brown

11  misunderstands the function of the order of dismissal.  The purpose of the order of dismissal was

12  simply to dismiss and close the action which Mr. Brown himself said he did not want to pursue.

13  Even in his objections, Mr. Brown gives no indication that he actually wants to proceed with a civil

14  rights action or to file an *in forma pauperis* application, so there is no reason to reopen the action or

15  set aside the order of dismissal.  Finally, the Court does not perform investigations or direct the

16  Department of Justice or the F.B.I. to do so.  The Court adjudicates the disputes that are presented to

17  it when plaintiff files complaints.  Mr. Brown has chosen not to file a complaint.

18   If Mr. Brown wants to pursue a claim concerning prison conditions, he may file a new civil

19  action.  The proper venue in which to file a civil rights complaint about events and omissions at the

20  California Health Care Facility in Stockton is the U.S. District Court for the Eastern District of

21  California.

22

23   IT IS SO ORDERED.

24

25  Dated: April 21, 2015

26   _____
     EDWARD M. CHEN

27   United States District Judge

28

2